UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN PETTY ) | |
| ) | |
| v. ) | No. 3:05-0680 |
| ) | JUDGE CAMPBELL |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE-DAVIDSON ) | |

ORDER

Pending before the Court are Plaintiff's Motion For Summary Judgment (Docket No. 22), and The Metropolitan Government's Cross-Motion for Summary Judgment (Docket No. 30). For the reasons set forth in the accompanying Memorandum, Defendant's Motion is GRANTED in part, and DENIED in part. Plaintiff's Motion is DENIED.

Specifically, the Court holds that Defendant is entitled to summary judgment on the following claims: (1) failure to promptly reemploy the Plaintiff; (2) failure to return Plaintiff to a patrol position during the pendency of the second investigation; and (3) retaliation. Plaintiff's discrimination claim regarding refusal to approve off-duty work remains for trial.

The Court hereby orders the parties to participate in alternative dispute resolution, pursuant to Rules 16.02 -16.08 of the Local Rules of Court. The Magistrate Judge shall issue all necessary orders to implement the type of alternative dispute resolution he selects as appropriate.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE